```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
```

WAYNE RICHARD SMITH, JR.

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

_____/

Case No. 17-13104
District Judge Victoria A. Roberts
Magistrate Judge Elizabeth A. Stafford

## **ORDER ADOPTING REPORT AND RECOMMENDATION [Doc. 16]**

On November 30, 2018, Magistrate Judge Elizabeth A. Stafford issued a Report and Recommendation [Doc. 16], recommending that Plaintiff's Motion for Summary Judgment [Doc. 12] be DENIED and Defendant's Motion for Summary Judgment [15] be GRANTED. Neither party filed objections within the fourteen day period pursuant to Fed. R. Civ. P. 72(b) and 28 U.S.C. § 636(b)(1). Accordingly, the Court **ADOPTS** the Report and Recommendation.

Defendant's motion is **GRANTED**; Plaintiff's motion is **DENIED**.

Judgment will enter in favor of Defendant.

    **IT IS ORDERED**.

                                    S/ Victoria A. Roberts
                                    Victoria A. Roberts
                                    United States District Judge

Dated: February 1, 2019